UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                                                       No. 21CR592-LTS

GERARD ESTRELLA (5),

                Defendant.
-------------------------------------------------------------X

**ORDER**

Alyssa Friedman, Esq., is relieved as retained counsel for the defendant.  The defendant in the above-captioned matter is now represented by retained counsel, Richard S. Harrow, Esq.

SO ORDERED.

Dated: New York, New York
         March 2, 2023

                                                                            /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge