UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-                                            No.  21-CR-592-LTS

GERARD ESTRELLA,

      Defendant.

------------------------------------------------------------x

Scheduling Order

The change of plea hearing in this case is scheduled to proceed on May 25, 2023, at

2:30 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding

courthouse entry and COVID-19 test reporting protocols, which are available on the Court's

website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

      SO ORDERED.

  Dated: New York, New York
      April 27, 2023

                                           /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge