# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

May 2, 2023

**MEMO ENDORSED**

**VIA ECF**
Hon. Laura T. Swain
U.S. District Court Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Ramon Garcia, III and Gerard Estrella, et al.</u>
               Criminal Docket No. 21-cr-592

Dear Judge Swain:

This firm represents Ramon Garcia, III and Gerard Estrella in the above-captioned matter. We respectfully submit this letter seeking an adjournment of both defendants' plea hearings which are currently scheduled for May 25, 2023 until June 15, 2023 at 10am.

I have consulted with AUSA Tim Capozzi and he has no objection. Thank you for your consideration of this matter.

                      Respectfully Submitted,

                      O'CONNELL AND ARONOWITZ

                      By:    *s/Richard S. Harrow*

                      Richard S. Harrow

RSH/rd
cc:    All Parties via ECF

The foregoing request for adjournment is granted. The defendants' plea hearings are hereby rescheduled for June 15, 2023, at 10:00 a.m. DE#159 resolved. SO ORDERED.
May 2, 2023
/s/ Laura Taylor Swain, Chief USDJ

---

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEON ARONOWITZ
  1941-1969
LEWIS A. ARONOWITZ
  1951-1979

IN MEMORIAM:
HON. LEONARD A. WEISS
  2020-2022

---

STEPHEN R. COFFEY
THOMAS J. DINOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. MCDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI

---

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
JEFFREY A. SIEGEL
RICHARD S. HARROW
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
KAREN MARTINO VALLE
BRIAN M. CULNAN
ANDREW J. WEISSENBERG

---

MICHAEL Y. HAWRYLCHAK
SAMANTHA L. FEMIA
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
COLLEEN R. PIERSON
JENNA M. DIBENEDETTO

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com