# O'CONNELL & ARONOWITZ
## ATTORNEYS AT LAW

July 24, 2023

**MEMO ENDORSED**

**VIA ECF**
Hon. Laura T. Swain
U.S. District Court Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Ramon Garcia, III and Gerard Estrella, et al.
Criminal Docket No. 21-cr-00592 (LTS)**

Dear Judge Swain:

This letter is submitted to request the return of Defendants' Ramon Garcia, III and Gerard Estrella passports for their upcoming trip to Alaska from August 12, 2023 to August 20, 2023. Their application to travel to Alaska was permitted by Order of Your Honor dated July 5, 2023. As part of their travel, the cruise will be making a brief stop in British Columbia, Canada for which they need their passports.

I have consulted with AUSA Tim Capozzi and the Probation Officer and they have no objection. Thank you for your consideration of this matter.

Respectfully Submitted,

O'CONNELL AND ARONOWITZ

By: *s/Richard S. Harrow*

Richard S. Harrow

RSH/rd
cc: All Parties via ECF

The foregoing request to have the defendants' passports returned to them for upcoming trip is granted. DE#184 resolved. SO ORDERED.
July 24, 2023  /s/ Laura Taylor Swain, Chief USDJ

EDWARD J. O'CONNELL 1925-1939
SAMUEL E. ARONOWITZ 1925-1973
LEON ARONOWITZ 1941-1969
LEWIS A. ARONOWITZ 1951-1979

IN MEMORIAM:
HON. LEONARD A. WEISS 2020-2022

STEPHEN R. COFFEY
THOMAS J. DiNOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
JEFFREY A. SIEGEL
RICHARD S. HARROW
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
KAREN MARTINO VALLE
BRIAN M. CULNAN
ANDREW J. WEISSENBERG

MICHAEL Y. HAWRYLCHAK
SAMANTHA L. FEMIA
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
COLLEEN R. PIERSON
JENNA M. DiBENEDETTO

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com