# O'CONNELL ARONOWITZ
### ATTORNEYS AT LAW

February 29, 2024

**VIA ECF**
Hon. Laura T. Swain
U.S. District Court Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Ramon Garcia, III and Gerard Estrella, et al.</u>
Criminal Docket No. 21-cr-592

Dear Judge Swain:

This letter motion is submitted to request a 4-week adjournment of the March 7, 2024 surrender date for Defendants Ramon Garcia, III and Gerard Estrella. This request is being made because neither of the Defendants have received their designation letter from the Bureau of Prisons.

The AUSA has no objection to this request. Thank you for your consideration of this matter.

Respectfully Submitted,

O'CONNELL AND ARONOWITZ

By:     *s/Richard S. Harrow*

Richard S. Harrow

RSH/rd
cc:    All Parties via ECF

The foregoing adjournment request is granted. The surrender date for the defendants is rescheduled to April 4, 2024. DE#288 resolved.
SO ORDERED.
February 29, 2024
/s/ Laura Taylor Swain, Chief USDJ

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEON ARONOWITZ
 1941-1969
LEWIS A. ARONOWITZ
 1951-1979

IN MEMORIAM:
HON. LEONARD A. WEISS
 2020-2022

STEPHEN R. COFFEY
THOMAS J. DINOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. MCDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
JEFFREY A. SIEGEL
RICHARD S. HARROW
FLORENCE M. RICHARDSON
KAREN MARTINO VALLE
BRIAN M. CULNAN
CRISTINA D. COMMISSO
MICHAEL Y. HAWRYLCHAK

SAMANTHA L. FEMIA
REBECCA M. DUNNING
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
JENNA M. DIBENEDETTO
LILLIAN C. HAHN
CHARLES E. SERINO
RYAN A. FORBES

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com